BEFORE THE SECOND DIVISION, AUGUST 16, 1956

**No. 60160.**—Davies Turner & Company et al. *v.* United States, protests 144952–K/1915, etc. (Chicago).

Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise consists of meat-slicing machines and parts thereof similar in all material respects to those the subject of *Davies Turner & Company* v. *United States* (33 Cust. Ct. 278, C. D. 1665), the claim of the plaintiffs was sustained.

**No. 60161.**—Henry Lauterbach et al. *v.* United States, protests 199605–K, etc. (New York).

Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise consists of superchargers similar in all material respects to those the subject of *United States* v. *Antonio Pompeo* (43 C. C. P. A. 9, C. A. D. 602), the claim of the plaintiffs was sustained.

**No. 60162.**—S. Nukazawa & Co. *v.* United States, protest 480346–G (Los Angeles).

Opinion by RAO, J.  In accordance with stipulation of counsel that 20 percent of the merchandise consists of rags used chiefly for papermaking, the claim of the plaintiff was sustained with respect to said 20 percent of the merchandise.